# First District Court of Appeal
## State of Florida

_____

No. 1D21-1302
_____

O.O., Father of S.O., A Minor
Child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

September 22, 2021

Per Curiam.

    Affirmed.

Lewis, B.L. Thomas, and Bilbrey, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Denise M. Bowen, Jacksonville, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.

Thomasina F. Moore, Statewide Director of Appeals and Sara Elizabeth Goldfarb, Senior Attorney, Appellate Division, Guardian ad Litem, Tallahassee, for Guardian ad Litem.